## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **VERONICA DEVINE,** | * |
| **Plaintiff** | * |
| **v.** | * |
| | Civil Action No. 8:13-cv-00220 |
| **REGENCY FURNITURE, INC.** | * |
| **Defendant** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SIPTULATION OF VOLUNTARY DISMISSAL

Plaintiff, Veronica Devine, by her undersigned counsel, and Defendant, Regency

Furniture, Inc., by its undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1),

hereby stipulate to dismiss with prejudice the above-captioned action filed against Defendant.

The Parties will bear their own costs and attorneys' fees.

Dated: April 25, 2014

Respectfully submitted,


|  |  |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Douglas W. Desmarais (Bar #5180) | Richard A. Salzman (Bar # 15840) |
| Kerstin M. Miller (Bar #29736) | Susan E. Huhta (Bar #14547) |
| Smith & Downey, P.A. | Heller, Huron Chertkof & Salzman |
| One W. Pennsylvania Avenue, Suite 950 | 1730 M Street, NW, Suite 412 |
| Baltimore, Maryland  21202 | Washington, DC  20036 |
| Phone: (410) 321-9000 | Phone (202) 293-8090 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |